# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.M.S.R., *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                Defendants. | Civil Action No. _____ |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER PSEUDONYMS

Pursuant to Local Civil Rule 40.7(g) and Federal Rules of Civil Procedure 7, 10, and 15(a), Plaintiffs S.M.S.R. and R.S.P.S. respectfully request leave to file their accompanying Complaint and proceed in this action using pseudonyms. In support of this Motion, Plaintiffs rely on the attached Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Under Pseudonyms.

Respectfully Submitted,

December 3, 2018

HOGAN LOVELLS US LLP

By: /s/

| | |
|---|---|
| Manoj Govindaiah<br>Curtis F.J. Doebbler*<br>RAICES, Inc.<br>1305 N. Flores Street<br>San Antonio, TX 78212<br>Telephone: (210) 222-0964<br>Facsimile: (210) 212-4856<br>manoj.govindaiah@raicestexas.org<br>curtis.doebbler@raicestexas.org<br><br>*pro hac vice application forthcoming | Neal K. Katyal (Bar No. 462071)<br>T. Clark Weymouth (Bar No. 391833)<br>Craig A. Hoover (Bar No. 386918)<br>Justin W. Bernick (Bar No. 988245)<br>Colleen Roh Sinzdak* (Bar No. 1015344)<br>Zachary W. H. Best (Bar No. 1003717)<br>Mitchell P. Reich* (Bar No. 1044671)<br>Elizabeth Hagerty (Bar No. 1022774)<br>Kaitlin Welborn (Bar No. 88187724)<br>555 Thirteenth Street NW<br>Washington, DC 20004 |

*Counsel for Plaintiff Refugee and Immigrant Center for Education and Legal Services, Inc.*

Telephone: (202) 637-5600
Facsimile: (202) 637-5910
neal.katyal@hoganlovells.com
t.weymouth@hoganlovells.com
craig.hoover@hoganlovells.com
justin.bernick@hoganlovells.com
colleen.sinzdak@hoganlovells.com
zachary.best@hoganlovells.com
mitchell.reich@hoganlovells.com
elizabeth.hagerty@hoganlovells.com
kaitlin.welborn@hoganlovells.com

Thomas P. Schmidt*
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-5547
Facsimile: (212) 918-3100
thomas.schmidt@hoganlovells.com

* *pro hac vice application forthcoming*

*Counsel for Plaintiffs*