# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

S.M.S.R., *et al.*,

          Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

          Defendants.

Civil Action No. _____

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER PSEUDONYMS

Pursuant to Local Rule 40.7(g) for the United States District Court for the District of Columbia and Rules 7, 10, and 15(a) of the Federal Rules of Civil Procedure, and having reviewed Plaintiffs' Motion for Leave to File Under Pseudonyms (the "Motion,") all relevant memoranda and supporting materials, any response thereto, and the record in this case, the Court hereby **ORDERS** that the Motion is **GRANTED**. Finding good cause therefor, Plaintiffs S.M.S.R. and R.S.P.S. may proceed in the case using pseudonyms at this time.

IT IS SO ORDERED.

Date: _____

                                                                                                United States District Judge