CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

S.M.S.R., et al.
    Plaintiff(s)

Civil Action No. 1:18-cv-02838

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Alicia Balthazar, hereby state that:

On the 4th day of December, 2018, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Kirstjen M. Nielsen
U.S. Department of Homeland Security
25 Murray Lane SW
Washington, DC 20528

I have received the receipt for the certified mail, No. 9414726699042968311155 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 10th day of December, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

12/14/18                          /s/ Alicia Balthazar
(Date)                               (Signature)



Sent To: Kirstjen Nielsen
US Department of Homeland Security
25 Murray Lane SW
Washington DC 20528

Alicia Balthazar, 10.305A

Case 1:18-cv-02838-RDM   Document 38   Filed 12/15/18   Page 3 of 5

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 9414726699042968311155

Remove ✕

**Expected Delivery on**

**MONDAY**
**10** DECEMBER 2018 ⓘ

by
**8:00pm** ⓘ

## ⊘ Delivered to Agent

December 10, 2018 at 8:19 am
Delivered to Agent for Final Delivery
WASHINGTON, DC 20528

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

**Product Information**                                                                                                              ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment. **app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmActi**